# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jacquard Larkin, | Civil No. 11-2339 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Cal Ludeman, et al., | |
| Defendants. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  August 16, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge